USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/17/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON KNOWLES, on behalf of himself and all
others similarly situated,

                                    Plaintiff,

                    -against-

MENOS US INC.,

                                    Defendant.

24-cv-06263 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

        The Court having been advised that the parties have reached a settlement in principle on
all claims, Dkt. No. 10, it is ORDERED that the above-entitled action be and is hereby
DISMISSED and discontinued without costs, and without prejudice to the right to reopen the
action **within 45 days** of the date of this Order if the settlement is not consummated.

        To be clear, any application to reopen **must** be filed **by the aforementioned deadline**;
any application to reopen filed thereafter may be denied solely on that basis.

        If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any
settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to
reopen to be "so ordered" by the Court.  Unless the Court orders otherwise, the Court will not
retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is
directed to CLOSE the case.

Dated: December 17, 2024
        New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge